**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6738**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ANDRES MARTINEZ,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-96-251-A)

———————

Submitted:  October 7, 1999          Decided:  October 14, 1999

———————

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Andres Martinez, Appellant Pro Se.  Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andres Martinez appeals the district court's order denying his motion for an extension of time in which to file a motion pursuant to 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See United States v. Martinez, No. CR-96-251-A (E.D. Va. Apr. 19, 1999). We note for Martinez's benefit, however, that a motion to extend is not necessary in this case because there is no time limit for filing a motion under § 2241. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2